IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Swift Energy Company, et al., ) <br> _____ ) <br> ) <br> MORRIS PROPP, MORRIS PROPP II ) <br> FOUNDATION, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> SWIFT ENERGY COMPANY, ) <br> ) <br> ) <br> Appellee. ) | Civ. No. 16-265-GMS <br> Bankruptcy Case No. 15-12670 (MFW) <br> BAP No. 16-18 |

**ORDER**

At Wilmington this 16th day of May, 2016, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 20, 2016.**

2. Appellee's brief in opposition to the appeal is due on or before **August 4, 2016.**

3. Appellant's reply brief is due on or before **August 25, 2016.**

_____
United States District Judge